THE STATE OF MONTANA ON THE RELATION OF JOHN R. WHITE, PETITIONER, v. THE HONORABLE E. B. FOOT, JUDGE OF THE DISTRICT COURT OF THE ELEVENTH JUDICIAL DISTRICT OF THE STATE OF MONTANA, IN AND FOR THE COUNTY OF LINCOLN, RESPONDENT.

No. 11417.

PER CURIAM:

Original proceeding. Relator John R. White seeks a writ of supervisory control.

The writ sought is denied and the cause ordered dismissed.

DATED this 6th day of December, 1967.